UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NRES-NV1, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH W. SNYDER et al.,<br><br>　　　　Defendants. | 3:15-cv-00133-RCJ-VPC<br><br>**ORDER** |

　　　Plaintiff purchased real property at an HOA foreclosure sale and sued the previous owners and mortgage holders in state court to quiet title. Defendants removed and answered. The previous owners filed notices disclaiming any interest in the property. Those Defendants who have appeared moved for summary judgment. The Magistrate Judge granted a stipulation to extend discovery and dispositive motions. Defendants may refile the summary judgment motion in accordance with the extended deadlines after discovery is complete.

**CONCLUSION**

　　　IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 20) is DENIED without prejudice.

　　　IT IS SO ORDERED.

Dated: This 4th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge